# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| **GARRETT MCELROY,** | * | **CIVIL ACTION NO. 26-344** |
| **PLAINTIFF,** | * | |
| | * | |
| **V.** | * | **DISTRICT JUDGE: NANNETTE** |
| | * | **JOLIVETTE BROWN** |
| | * | |
| **COX OPERATING, LLC, COX OIL** | * | |
| **OFFSHORE, LLC, EPL OIL & GAS,** | * | |
| **LLC, AND DANOS LLC,** | * | **MAG. JUDGE: JANIS VAN** |
| | * | **MEERVELD** |
| **DEFENDANTS.** | * | |
| * * * * * * | * | |

## <u>STATEMENT OF CORPORATE DISCLOSURE</u>

NOW INTO COURT, through undersigned counsel, comes Danos, L.L.C. ("Danos"), and pursuant to Fed. R. Civ. P. Rule 7.1 advises:

Danos, L.L.C. is a privately held limited liability company that has no parent corporation. There are no publicly held corporations that own 10% or more of Danos L.L.C.'s stock.

Respectfully submitted,

*/s/ Christian J. St. Martin*

_____
MICHAEL H. BAGOT, JR. (#2665)
CHRISTIAN J. ST. MARTIN (#38900)
WAGNER, BAGOT & RAYER, LLP
601 Poydras Street, Suite 1660
New Orleans, Louisiana 70130
Telephone: (504) 525-2141
Facsimile: (504) 523-1587
E-mail: mbagot@wb-lalaw.com
E-mail: cstmartin@wb-lalaw.com
Attorneys for Danos, LLC

G:\781-24\FW\PLDG\0003